UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tristan Wolusky

    v.

Northern NH Correctional
Facility, Warden

Case No. 22-cv-345-SE

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 14, 2022 (doc. no. 5). For the reasons explained therein, Wolusky's Claim 1(b) is denied and dismissed from the petition.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                                                 /s/ SD Elliott
                                                 _____
                                                 Samantha D. Elliott
                                                 United States District Judge

Date: December 13, 2022

cc:   Tristan Wolusky, pro se