```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Tristan Wolusky

    v.                                      Case No. 22-cv-345-SE-AJ

Northern Correctional Facility,
Warden

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 27, 2023. For the reasons explained therein, I grant, in part, the petitioner's motions to amend the petition (Doc. Nos. 20, 29), to the extent that Claims 3, 4(a), and 5 are added to the petition. Those motions are otherwise denied.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              /s/ SD Elliott
                                              _____
                                              Samantha D. Elliott
                                              United States District Judge

Date: October 25, 2023

cc:   Tristan Wolusky, pro se
       Elizabeth Woodcock, Esq.